

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 18 2011

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LORI W. WOOD,

         Plaintiff,

-against-

ZIMMER, INC. & ZIMMER HOLDINGS, INC.

         Defendants.

No. 11-CV-00615

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, Zimmer, Inc. and Zimmer Holdings, Inc., having submitted a letter-motion seeking an extension of time to respond to the Complaint, and such application having been consented to by Plaintiff Lori W. Wood, and

The Court, having reviewed the motion, it is hereby

ORDERED, that

Defendants' motion for an extension of time to respond to the Complaint is Granted, and it is further

ORDERED, that

Defendants shall file a response to the Complaint on or before August 1, 2011.

DONE and ORDERED in chambers, this 18th day of July, 2011.

Utica, N.Y.

DAVID N. HURD
UNITED STATES DISTRICT JUDGE